**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Nevada**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | TV Transport, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | TV Transport, inc. dba A-One Exhibits |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 5 0 6 0 0 9 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6580 S Lindell Road<br>Number    Street | 3540 W Sahara Ave<br>Number    Street |
| Suite 200 | Suite 143<br>P.O. Box |
| Las Vegas      NV    89118<br>City          State    ZIP Code | Las Vegas      NV    89102<br>City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| USA<br>County | N/A<br>Number    Street |
| | _____<br>City          State    ZIP Code |

5. **Debtor's website** (URL)    www.tvtransport.com

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 1

Debtor  TV Transport, inc.
Name

Case number (*if known*)

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4  8  8  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

　　☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor _____    Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☒ No <br> ☐ Yes.  Debtor _____  Relationship _____ <br>         District _____  When _____ <br>                                                                                                       MM  /  DD  / YYYY <br>         Case number, if known  _____ |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply: <br><br> ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?**  (*Check all apply*.) <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                    Number      Street <br>                    _____ <br>                    _____  _____  _____ <br>                    City                               State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency  _____ <br>          Contact name  _____ <br>          Phone  _____ |

| Statistical and administrative information |
|---|

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49             ☐ 1,000-5,000         ☐ 25,001-50,000 <br> ☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000 <br> ☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000 <br> ☐ 200-999 |

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page **3**

Debtor  TV Transport, inc.                              Case number (if known) _____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/15/2025
             MM / DD / YYYY

✗ /s/ Kristina Villardi                              Kristina Villardi
Signature of authorized representative of debtor     Printed name

Title  Director of Operations

**18. Signature of attorney**

✗ /s/ CJ Barnabi                         Date  1/15/2025
Signature of attorney for debtor               MM / DD / YYYY

Charles ("CJ") E. Barnabi Jr., Esq.
Printed name

The Barnabi Law Firm, PLLC
Firm name

375 E. Warm Springs Road, Ste. 104
Number      Street

Las Vegas                                NV          89119
City                                     State       ZIP Code

(702) 475-8903                           cj@barnabilaw.com
Contact phone                            Email address

14477                                    Nevada
Bar number                               State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# RESOLUTION AUTHORIZING BANKRUPTCY

The undersigned, being the Director/Authorized Agent of TV Transport, Inc., a Nevada Corporation ("Corporation"), following a special meeting of the Board of Directors of the Corporation, hereby adopts the following resolution and commits the Corporation as follows:

RESOLVED, that in the business judgment of the undersigned, it is desirable and in the best interests of the Corporation, its creditors, and other parties-in-interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11, Title 11, of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada; and it is further

RESOLVED, that Kristina Villardi ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Corporation, all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtain such relief; and it is further

RESOLVED, that the Authorized Individual be, and hereby is, authorized and directed to employ The Barnabi Law Firm, PLLC as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

Dated this 15th day of January 2025.

By: _/s/ Kristina Villardi_____
Kristina Villardi, Director and Authorized Agent of TV Transport, Inc.